# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

    Bell Keliane

    Landa Biden

                      Debtor(s)

Case No.: 18-08784
Chapter: 13
Plan filed on 03/27/2018
Confirmation Hearing: 5/17/18

Judge Timothy A. Barnes

## OBJECTION TO CONFIRMATION OF PLAN FILED ON 03/27/2018

**NOW COMES** PACIFIC UNION FINANCIAL, LLC , and/or its assigns (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 03/27/2018 and in support thereof states as follows:

1. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 3/27/18 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois;

2. Movant intends to file a claim secured by an interest in the real property commonly known as 5420 Harvard Terrace, Skokie, IL and that the Chapter 13 plan herein proposes that Debtor cure the pre-petition arrearage claim through the Chapter 13 Trustee while maintaining current, post-petition mortgage payments;

3. That although Movant intends to file a proof of claim indicating an estimated pre-petition arrearage in the amount of $11,533.16, the proposed plan provides for payment of only $.00 in contradiction of Movant's rights under 11 U.S.C. §1322(b)(2) and/or §1322(b)(5);

4. That the proposed plan specifies the amount of the monthly current mortgage payment to be made by the debtor as $2,135.00;

   5. That the correct payment amount pursuant to the contract is $2,818.18 and said amount may change from time to time due to escrow analysis or for other reasons;

   6. That a confirmed plan might have the effect of binding Movant as a party to the bankruptcy to accept $2,135.00 a month each month for the pendency of the bankruptcy in contradiction of its rights under the mortgage and 11 U.S.C. §1322;

   7. That sufficient grounds exist for denial of confirmation as Debtor's plan:
    a. Fails to cure Movant's pre-petition arrearage claim amount in full;
    b. Fails to provide for correct post-petition mortgage payment.

   8. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

    $500.00  for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed

  **WHEREFORE,** PACIFIC UNION FINANCIAL, LLC   prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

  Dated this  5/2/2018

                Respectfully Submitted,

                Codilis & Associates, P.C.

                By:   /s/ Peter C. Bastianen
                Berton J. Maley ARDC#6209399
                Rachael A. Stokas ARDC#6276349
                Gloria C. Tsotsos ARDC#6274279
                Jose G. Moreno ARDC#6229900
                Peter C. Bastianen ARDC#6244346
                Joel P. Fonferko ARDC#6276490
                **Codilis & Associates, P.C.**
                15W030 North Frontage Road, Suite 100
                Burr Ridge, IL 60527
                (630) 794-5300
                **C&A FILE (14-18-04090)**

NOTE: This law firm is a debt collector.